No. 49225.—Protests 17081–K, etc., of E. W. J. Hearty, Inc. (New York).

Opinion by Keefe, J. At the trial it was stipulated between counsel that the issue is the same as that involved in *United States* v. *E. W. J. Hearty, Inc.* (31 C. C. P. A. 106, C. A. D. 257), the record in which case was incorporated herein. Certain of the items were therefore held dutiable upon the weight of the meat alone, as set forth in schedule attached to decision herein. The collector was directed to make refund of duties accordingly.

No. 49226.—Protests 27280–K, etc., of Dal, Inc., et al. (New York).

Opinion by Keefe, J. At the trial it was stipulated between counsel that the issue is the same as that involved in *United States* v. *E. W. J. Hearty, Inc.* (31 C. C. P. A. 106, C. A. D. 257), the record in which case was incorporated herein. Certain of the items were therefore held dutiable upon the weight of the meat alone, as set forth in schedule attached to decision herein. The collector was directed to make refund of duties accordingly.

No. 49227.—Protest 103452–K of 21 Brands, Inc. (New York).

Opinion by Keefe, J. At the trial the report of the collector of customs was admitted in evidence and the Government recommended that an allowance for shortage be granted in accordance therewith. The protest was therefore sustained and the collector directed to reliquidate the entry, making allowance for all the bottles missing and also for bottles broken or damaged to the extent of 10 percent or more of the case contents of those cases delivered December 11, 1941.

No. 49228.—Protests 101852–K, etc., of P. John Hanrahan, Inc., et al. (New York).

Opinion by Keefe, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector. The protests were therefore overruled.

No. 49229.—Protest 44266–K of Henry Seligman (New York).

Ekwall, Judge: In this case the importer seeks a refund of duty paid on an importation of unfinished needle-point tapestries from Belgium. It was originally decided in C. D. 617 and is before us on rehearing. The goods arrived packed in two cases, one of which was sent to the appraiser's stores for examination. The remaining case was delivered to the importer's place of business. The contents of the two cases appeared in separate enumerations on the consular invoice. Upon examination of case No. JB 126 at the appraiser's stores the customs officials found that the quantity contained therein was in excess of the invoiced quantity, and duty was assessed on the excess so found under authority of that portion of section 499 of the Tariff Act of 1930, which reads as follows:

* * *. If any package is found by the appraiser to contain any article not